## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: HOWARD T. COFFLIN      :    No. 132 MM 2017
                                       :
                                       :

PETITION OF: HOWARD T. COFFLIN    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of November, 2017, the Application for Leave to File a Reply is GRANTED, and the King's Bench Petition and the Application to Strike are DENIED. The Application to Proceed in Forma Pauperis is DENIED, WITHOUT PREJUDICE to Petitioner to seek relief in his appeals pending in the Superior Court.